IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DAVID P. SPENGLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 06-3085 |
| | ) | |
| MEADOWBROOK MEAT COMPANY, | ) | |
| INC., d/b/a MBM CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

RICHARD MILLS, U.S. District Judge:

This case is before the Court on the Plaintiff's motion to strike portions of the Defendant's answer, affirmative defenses and counterclaims [d/e 8] and the Plaintiff's motion to dismiss the Defendant/Counter-Plaintiff's first counterclaim [d/e 10].

The Plaintiff's motions, which were filed on July 20, 2006, are directed at the Defendant's responsive pleading [d/e 6] which was filed on June 30, 2006. Since then, the Defendant sought and was granted leave of Court to

1

file an amended answer, defenses and counterclaims. Accordingly, the Defendant's first amended answer, affirmative defenses and counterclaims [d/e 16] are now properly before the Court. The Court concludes that this responsive pleading, which was filed on August 9, 2006, has supplanted the Defendant's June 30 pleading.

Because the Plaintiff's motions were directed at the Defendant's initial answer, affirmative defenses and counterclaims, the Court concludes that those motions are now moot. Consistent with the Federal Rules of Civil Procedure, the Defendant may renew those motions if it finds it necessary to do so. Otherwise, the Defendant may supplement its answer if it so chooses.

Ergo, the Plaintiff's motion to strike the Defendant's initial answer, affirmative defenses and counterclaims [d/e 8] is DENIED AS MOOT. The Plaintiff's motion to dismiss the Defendant/Counter-Plaintiff's first counterclaim [d/e 10] is DENIED AS MOOT.

ENTER: August 17, 2006

        FOR THE COURT:

                s/Richard Mills
                United States District Judge